No. 663. THE PEOPLE, PLAINTIFF AND RESPONDENT, v. RAMÍ-REZ ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Arecibo in a prosecution for gaming. Decided March 18, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellants did not appear.

No. 141. MONTALVO, PETITIONER, v. SOTO NUSSA, DISTRICT JUDGE.—Application for a writ of *mandamus* to the judge of the District Court of Aguadilla in an action for rescission of a contract and for damages. Decided March 28, 1914. Writ denied. *Mr. Víctor P. Martínez* for the petitioner. The defendant did not appear.

A motion for reconsideration was overruled on April 28, 1914.

No. 1126. ORTIZ, PLAINTIFF AND RESPONDENT, v. SEWALL ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Humacao in an action of unlawful detainer. Motion by the respondent for dismissal of the appeal. Decided March 30, 1914. Appeal dismissed because of failure of appellants to furnish the bond required by section 12 of the Unlawful Detainer Act of March 9, 1905. *Messrs. Juan de Guzmán Benítez* and *Manuel Tous Soto* for the respondent. *Messrs. Muñoz & Brown* and *Pedro Amadeo Rivera* for the appellants.

No. 1127. DOMÍNGUEZ, PLAINTIFF AND RESPONDENT, v. PORTO RICO RAILWAY, LIGHT & POWER CO., DEFENDANT AND APPELLANT.—Appeal from the District Court of Humacao in an action for damages. Motion by the appellant, with the consent of the respondent, for leave to withdraw the appeal. Decided March 31, 1914. Motion sustained. *Messrs. Francisco González, Carlos Travecier* and *Juan B. Huyke* for the respondent. *Mr. J. Henri Brown* for the appellant.